UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| ANDREW SOIMIS ] | |
|     Petitioner, ] | |
| ] | |
| v. ] | No. 2:14-0008 |
| ] | Judge Sharp |
| JERRY LESTER ] | |
|     Respondent. ] | |

**O R D E R**

In accordance with the Memorandum contemporaneously entered, the Court finds merit in respondent's Motion to Dismiss (Docket Entry No.12). Therefore, said Motion is GRANTED and this action is hereby DISMISSED. Rule 8(a), Rules - - § 2254 Cases.

Should the petitioner file a timely Notice of Appeal, such Notice shall be treated as an application for a certificate of appealability, 28 U.S.C. § 2253(c), which will NOT issue because the petitioner has been unable to make a substantial showing of the denial of a constitutional right.

It is so ORDERED.

                                                Kevin H. Sharp
                                              United States District Judge